IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,
    Petitioner,

v.

GLOBAL FG ENTERPRISES, LLC,
    Defendant.

CIVIL ACTION NO.
1:25-mi-57-TRJ-CMS

## ORDER FOR SERVICE OF
## REPORT AND RECOMMENDATION

The Report and Recommendation of the undersigned United States Magistrate Judge made in accordance with 28 U.S.C. § 636(b)(1), FED. R. CIV. P. 72(b), LR72.1(B) & (D), NDGa., and Standing Order 18-01 (N.D. Ga. Feb. 12, 2018), has been filed. The Clerk is **DIRECTED** to serve upon counsel for the parties and directly upon any unrepresented parties a copy of the Report and Recommendation and a copy of this Order.

Pursuant to 28 U.S.C. § 636(b)(1), each party may file written objections, if any, to the Report and Recommendation within **FOURTEEN DAYS** of service of this Order. Should objections be filed, they shall specify with particularity the alleged error(s) made (including reference by page number to any transcripts, if applicable) and shall be served upon the opposing party. The party filing objections will be responsible for obtaining and filing the transcript of any evidentiary hearing

for review by the United States District Judge assigned to this matter. If no objections are filed, the Report and Recommendation may be adopted as the opinion and order of the District Court, and on appeal, the Court of Appeals will deem waived any challenge to factual and legal findings to which there was no objection, subject to interests-of-justice plain error review. *See* 11th Cir. R. 3-1.

The Clerk is **DIRECTED** to submit the Report and Recommendation with objections, if any, to the district judge after expiration of the above time period.

**SO ORDERED AND DIRECTED**, this 18th day of September, 2025.

_____
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE